UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LYNN HINES,<br><br>                      Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al,<br><br>                      Defendant. | Case No.: 17cv1013-CAB-BLM<br><br>**ORDER DISMISSING CIVIL ACTION WITHOUT PREJUDICE FOR FAILING TO PAY FILING FEE REQUIRED BY 28 U.S.C. §1914(a) AND/OR FAILING TO MOVE TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. §1915(a)** |

Plaintiff James Lynn Hines, proceeding pro se, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983. *See* Doc. No. 1. All parties instituting any civil action, suit or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $400. *See* 28 U.S.C. § 1914(a).[1] An action may proceed despite a plaintiff's failure to prepay the entire fee only if he is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a). *See Andrews v. Cervantes*, 493 F.3d 1047,

---

[1] In addition to the $350 statutory fee, civil litigants must pay an additional administrative fee of $50. *See* 28 U.S.C. § 1914(a) (Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2014). The additional $50 administrative fee does not apply to persons granted leave to proceed IFP. *Id.*

| | |
|---|---|
| 1 | 1051 (9th Cir. 2007); *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). |
| 2 | Plaintiff has not prepaid the $400 in filing and administrative fees required to |
| 3 | commence this civil action, nor has he submitted a properly supported Motion to Proceed |
| 4 | IFP pursuant to 28 U.S.C. § 1915(a). Therefore, his case cannot yet proceed. *See* 28 |
| 5 | U.S.C. § 1914(a); *Andrews*, 493 F.3d at 1051. |
| 6 | Accordingly, the Court **DISMISSES** this action *sua sponte* without prejudice for |
| 7 | failure to pay the $400 civil filing and administrative fee or to submit a Motion to |
| 8 | Proceed IFP pursuant to 28 U.S.C. §§ 1914(a) and 1915(a). The Clerk of Court is |
| 9 | instructed to close the case. |
| 10 | **IT IS SO ORDERED**. |
| 11 | Dated: May 23, 2017 |

Hon. Cathy Ann Bencivengo
United States District Judge