

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Lynn Hines | Civil Action No. 17cv1013-CAB-BLM |
| Plaintiff, | |
| V. | |
| See Attachment | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court Dismisses this action sua sponte without prejudice for failure to pay the $400 civil filing and administrative fee or to submit a Motion to Proceed IFP pursuant to 28 U.S.C. §§ 1914(a) and 1915(a). The Clerk of Court is instructed to close the case. It is So Ordered.

Date: 5/24/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez
J. Gutierrez, Deputy

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 17cv1013-CAB-BLM

California Department of Corrections and Rehabilitation; Greg Pico; Maureen Pelton; Correctional Officer Ruiz; Arizona Department of Corrections; Cortez Hill San Diego; El Dorado; Jon Ontiveros